UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAYA DANAN HARGIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC.,<br><br>Defendant. | Case No. 1:25-cv-01466-BAM<br><br>ORDER TO SHOW CAUSE WHY ANTHONY I. PARONICH'S PRO HAC VICE STATUS SHOULD NOT BE DENIED<br><br>(Doc. 5)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Kiaya Danan Hargis, individually and on behalf of all others similarly situated, initiated this class action asserting a claim for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, on October 31, 2025. (Doc. 1.) On November 14, 2025, Anthony I. Paronich filed an application to appear and participate pro hac vice in this action on behalf of Plaintiff Kiaya Danan Hargis. (Doc. 5.)

Local Rule 180 governs the admission of attorneys to practice pro hac vice in this Court. Pursuant to Local Rule 180(b)(2),

> Unless authorized by the Constitution of the United States or an Act of Congress, an attorney is not eligible to practice [pro hac vice] if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is regularly employed in California, or (iii) the attorney is regularly engaged in professional activities in California.

L.R. 180(b)(2).

According to the application and Court records, Mr. Paronich has made pro hac vice applications to this Court within the past year in the following matters, which have been granted: (1) *Wilson v. KUIU* (2:25-cv-00212-SCR); (2) *Wilson v. BlendJet* (2:25-cv-00278-AC); (3) *Remijio v. SelectQuote* (2:25-cv-00311-TLN-JDP); and (4) *Jenkins v. Infinitely Expanding Networks Inc.* (2:25-cv-00312-DJC-SCR). (Doc. 5 at 1.) Frequent applications for admission pro hac vice may indicate that an attorney is regularly engaged in professional activities in California in violation of Local Rule 180(b)(2). *See, e.g., Guguni v. Chertoff,* 2008 WL 2080788, at *1 (N.D. Cal. May 14, 2008); *Mendoza v. Golden West Sav. Ass'n Services Co.*, 2009 WL 2050486, at *1-2 (C.D. Cal. July 7, 2009); *Ang v. Bimbo Bakeries USA, Inc.,* 2015 WL 1474866, at *2-3 (N.D. Cal. Jan. 14, 2015).

Accordingly, Anthony I. Paronich is HEREBY ORDERED to SHOW CAUSE why his admission pro hac vice should not be denied on the basis that he is regularly engaged in professional activities in California. Mr. Paronich shall file a written response to this order to show cause within **fourteen (14) days** of service of this order.

**Failure to respond to this order to show cause may result in the imposition of sanctions, including, but not limited to, monetary sanctions.**

IT IS SO ORDERED.

   Dated:   **November 17, 2025**               /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE