

# United States District Court
# Eastern District of California

| Kiaya Danan Hargis |
| --- |

Plaintiff(s)

Case Number: | 1:25-CV-01466-BAM |

V.

| ABC Phones of North Carolina, Inc. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Anthony I. Paronich _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kiaya Danan Hargis, individually and on behalf of all others similarly situated

On _____ 11/23/2010 _____ (date), I was admitted to practice and presently in good standing in the Supreme Judicial Court of Massachusetts _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Wilson v. KUIU (2:25-cv-00212-SCR), 1/16/25, granted; Wilson v. BlendJet (2:25-cv-00278-AC), 1/23/25, granted; Remijio v. SelectQuote (2:25-CV-00311-TLN-JDP), 1/24/25, granted; Jenkins v. Infinitely Expanding Networks Inc. (2:25-cv-00312-DJC-SCR), 1/24/25, granted.

Date: _____ 11/14/2025 _____   Signature of Applicant: /s/ _____ Anthony I. Paronich _____

**Pro Hac Vice Attorney**

Applicant's Name: Anthony I. Paronich

Law Firm Name: Paronich Law, P.C.

Address: 350 Lincoln Street

Suite 2400

City: Hingham        State: MA      Zip: 02043

Phone Number w/Area Code: (617) 485-0018

City and State of Residence: Plymouth, MA

Primary E-mail Address: anthony@paronichlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dana J. Oliver

Law Firm Name: Oliver Law Center, Inc.

Address: 8780 19th Street #559

City: Rancho Cucamonga        State: CA      Zip: 91701

Phone Number w/Area Code: (855) 384-3262        Bar # 291082

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/20/2026        _Sheila K. Oberto_

JUDGE, U.S. DISTRICT COURT