**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIAYA DANAN HARGIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC.,<br><br>Defendant. | ) Case No. 1:25-cv-01466-JLT-FRS (SKO)<br>)<br>) **ORDER DIRECTING THE CLERK OF**<br>) **COURT TO ASSIGN A MAGISTRATE**<br>) **JUDGE AND TO CLOSE THE CASE**<br>)<br>) (Doc. 23)<br>)<br>)<br>)<br>)<br>) |

On February 10, 2026, Plaintiff filed a "Notice of Voluntary Dismissal Without Prejudice," in which she notifies the Court of the dismissal of this action, which includes both her individual claims and those of the putative class, without prejudice. (Doc. 23.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court shall assign a Magistrate Judge for the purpose of closing this case and close this case.

IT IS SO ORDERED.

Dated:   __**February 11, 2026**__            ____/s/ *Sheila K. Oberto*_____
                                                    UNITED STATES MAGISTRATE JUDGE